[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-10829

_____

D.C. Docket No. 3:10-cv-00978-RBD-JBT


MOBILE SHELTER SYSTEMS USA, INC.,

Plaintiff - Appellant,

versus

GRATE PALLET SOLUTIONS, LLC,
Jacksonville, Florida,
THOMAS R. BUCK,
Individually, Jacksonville, Florida,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 1, 2013)

Before HULL, WILSON and HILL, Circuit Judges.

PER CURIAM:

After thoroughly reviewing the briefs and record on appeal, and with the benefit of oral argument, we discern no reversible error in the district court's grant of summary judgment in favor of Grate Pallet Solutions, LLC.  Mobile Shelter System USA, Inc.'s product features are functional; therefore, they do not receive trade-dress protection under section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). *See Dippin' Dots, Inc. v. Frosty Bites Distribution, LLC*, 369 F.3d 1197, 1202 (11th Cir. 2004) (holding that the features of a product's design must be primarily non-functional to receive trade-dress protection).  The judgment of the district court is affirmed.

**AFFIRMED**.